1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IGNACIO IBARRA AMAVIZCA, et al., | No. 5:22-cv-02256-JAK (KKx) |
|---|---|
| Plaintiffs, | **ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (DKT. 27)** |
| v. | |
| NISSAN NORTH AMERICA, INC., et al., | **JS-6: CASE TERMINATED** |
| Defendants. | |

1

Based on a review of the Joint Stipulation and Order for Dismissal With Prejudice (the "Stipulation" (Dkt. 27)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 12, 2023        _____
                                John A. Kronstadt
                                United States District Judge